UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIANNA SANDERS and THE ESTATE OF CHARLES ALVIN SANDERS,<br><br>    Defendants.<br>_____/ | Hon. Robert H. Cleland<br><br>Case No.: 2:15-CV-13354-RHC-DRG |

| | |
|---|---|
| MICHELLE THURBER CZAPSKI (P47267)<br>Attorney for Plaintiff Guardian Life<br>6th Floor at Ford Field<br>1901 St. Antoine<br>Detroit, MI 48226<br>(313) 259-7777<br>mczapski@bodmanlaw.com<br><br>ARMAND VELARDO (P35315)<br>Attorney for Defendant Georgianna Sanders<br>65 Southbound Gratiot Avenue<br>Mt. Clemens, MI 48043-5545<br>Tel: (586) 469-8660<br>avelardo@rvnvlaw.com | ABRAHAM SINGER (P23601)<br>Attorney for Defendant The Estate of Charles Alvin Sanders<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226<br>(313) 965-7446<br>abraham.singer@kitch.com |

_____/

## **CONSENT JUDGMENT**

The above-captioned cause and interpleader action was initiated by Plaintiff, The Guardian Life Insurance Company of America ("Guardian Life") to determine

the proper disbursement of life insurance proceeds under Group Policy G-00500130 ("Group Policy") issued to the Detroit Lions to insure its employees including Charles Sanders, who was employed by the Lions and insured by the Group Policy.  Charles Sanders is deceased and Defendants Georgianna Sanders and the Estate of Charles Sanders each claim the life insurance proceeds payable upon the death of Charles Sanders pursuant to the Group Policy ("Life Insurance Proceeds").  These Defendants have now agreed that the Life Insurance Proceeds shall be paid to David Levine, as Trustee of Charles Sanders Amended and Restated Revocable Trust, dated November 28, 2014 ("Trust").

Therefore, given that the parties in this cause have stipulated to the entry of this Consent Judgment, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. That the Life Insurance Benefits in the amount of $321,750.00 shall be paid to the Trust on July 15, 2016, and that with this payment to the Trust, Plaintiff Guardian Life shall be discharged of any and all liability to Defendants, any other such persons who may appear to have an interest in the Life Insurance Proceeds and who may subsequently appear as parties in this case, and to all other persons whatsoever from any and all claims to the Life Insurance Proceeds at issue.

**Kitch Drutchas Wagner Valitutti & Sherbrook**
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

2. That, after payment of all expenses, fees and taxes, the Trustee of the Trust will distribute the residue of the Trust in equal shares to Georgianna Hervey, Charese Sailor, Charles Sanders, Jr., Jordan Sanders, Mary Jo Sanders, Talissa Sanders, Wayne Sanders and Mia Sanders, and then terminate the Trust.

3. That the Defendants shall take all necessary action to terminate the probate proceedings currently pending in State of Michigan Oakland County Probate Court entitled Charles Sanders, File No. 2015-365847-DE.

4. That Georgianna Sanders by agreement to the entry of this Consent Judgment has released and relinquished any claim she had or may have had against the Trust, including any claims of income from the Trust, and therefore, all her interests in the Trust are hereby extinguished.

5. That upon entry of this Consent Judgment this action, aside from the right to enforce the terms of this Consent Judgment, is dismissed with prejudice and without fees and costs to any of the parties in this cause.

Dated: June 8, 2016

                                       s/Robert H Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

The undersigned counsel hereby stipulate
to the entry of this Consent Judgment:

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

| s/Michelle Thurber | s/Abraham Singer |
|---|---|
| MICHELLE THURBER | ABRAHAM SINGER (P23601) |
| CZAPSKI (P47267) | Kitch Drutchas Wagner Valitutti |

3

| | |
|---|---|
| Bodman PLC | & Sherbrook |
| Attorney for Plaintiff Guardian Life | Attorney for Defendant The Estate of Charles Alvin Sanders |
| 6th Floor at Ford Field | |
| 1901 St. Antoine | One Woodward Avenue, Suite 2400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 259-7777 | (313) 965-7446 |
| mczapski@bodmanlaw.com | abraham.singer@kitch.com |

<u>s/Armand Velardo</u>
ARMAND VELARDO (P35315)
Ruggirello, Velardo, Novara &
Ver Beek, P.C
Attorney for Defendant Georgianna Sanders
65 Southbound Gratiot Avenue
Mt. Clemens, MI 48043-5545
Tel: (586) 469-8660
avelardo@rvnvlaw.com

**Kitch Drutchas Wagner Valitutti & Sherbrook**
ATTORNEYS AND COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

4

DET02:2188889.1